Charles F. Peterson ISB# 3346
PETERSON LAW OFFICE
671 E. Riverpark Lane, Suite 210
Boise, Idaho 83706
Telephone (208) 342-4633
FAX (208) 955-2020
chuck@petersonlawyers.com

Michael Bartlett ISB #5496
BARTLETT LAW
1002 W. Franklin St.
Boise, Idaho 83709
Telephone (208) 629-2311
FAX (208) 629-2460
michael@bartlettfrench.com

Attorneys for Defendant, Kris Bird

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>IKE TOMLINSON and<br>KRIS BIRD,<br><br>                     Defendants. | Case No. 23-cr-0326-AKB<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

      Defendant, Kris Bird, moves this Court to vacate the trial herein and set a date for entry of a plea of guilty.

      Dated this 25th day of March 2025.

                                          //s//_____
                                          Charles F. Peterson
                                          Attorney for Defendant Kris Bird

# CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on the 25th day of March 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by email:

Justin Whatcott
Acting United States Attorney
Sean M. Mazorol
Assistant United States Attorney
sean.mazorol@usdoj.gov

Matthew Chou
Christopher J. Carlberg
Elena A. Golstein
United States Department of Justice
Anitrust Division
Matthew.chou@usdoj.gov

Wendy Olson
Stoel Rives, LLP
Wendy.olson@stoel.com
(Attorney for Defendant Tomlinson)

                                                           //s//
                                                           Charles F. Peterson