<u>CRIMINAL PROCEEDINGS</u> – Change of Plea

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: Amanda K. Brailsford  
Courtroom Deputy: Kim Tudela  
Court Reporter: Tiffany Fisher  

Date: March 25, 2025  
Time: 2:20 – 3:00  
Location: Boise – Courtroom 2

<u>UNITED STATES OF AMERICA vs. KRIS BIRD</u>  
Case No. 1:23-cr-326-AKB-2

Counsel for the United States: AUSA Sean Mazorol, Chris Carlberg, Elena Goldstein  
Counsel for the Defendant: Charles Peterson

☒ Defendant placed under oath.
☒ Defendant found competent to enter a knowing and voluntary plea.
☒ Defendant is satisfied with representation of counsel.
☒ Government stated for the record the elements and evidence of the charge(s).
☒ Defendant advised of the sentencing guidelines and maximum penalties.
☒ Defendant's Constitutional Rights explained.
☒ Defendant agrees with the elements of the charge(s) as stated by the Government.
☒ Plea Agreement discussed and Defendant understands the terms of the agreement.
☒ Defendant and counsel advised the change of plea is voluntary, all potential defenses have been discussed and Defendant fully understand the rights which are being waived.
☒ Defendant entered a plea of guilty to Counts 1-7 of the Indictment.
☒ Plea accepted by the Court.

**Sentencing set before Judge Amanda K. Brailsford: June 17, 2025, at 11:00 a.m.**
Court ordered a presentence investigation report.
    Original Report to Counsel: May 6, 2025
    Objections due by: May 20, 2025
    Final Report Due: June 3, 2025

☒ Defendant's custody status remains as previously ordered.

Any motions for departure, sentencing memoranda, or letters in support must be filed 7 days prior to the sentencing hearing.

Counsel shall advise the courtroom deputy **at least fourteen (14) days prior** to the date of sentencing if a sentencing hearing is expected to last longer than one hour.