UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00326-AKB-2 |
| Plaintiff, | **ORDER** |
| v. | |
| KRIS BIRD, | |
| Defendant. | |

On March 25, 2025, Defendant appeared before the District Court to enter a change of plea. (Dkt. 120). The Court explained to Defendant the nature of the charges, the maximum penalties applicable, his constitutional rights, the effect of the Sentencing Guidelines, and that the Court would not be bound by any agreement of the parties as to the penalty to be imposed. (*Id.*). Having conducted the change of plea hearing and having inquired of Defendant, his counsel, and counsel for the United States, the Court concludes that there is a factual basis for Defendant's plea of guilty; it was entered voluntarily and with full knowledge of the consequences; and the Court accepts the plea. Further, the Court orders the United States Probation Office to conduct a presentence investigation and prepare a report to share with counsel by **May 6, 2025**. Having accepted Defendant's guilty plea, the Court denies all pending motions (Dkts. 68, 69, 76, 77, 85, 89, 90, 91, 92, 93, 94, 95, 96, 97, 108, and 109) as moot.

**IT IS ORDERED that:**

1.     Defendant Kris Bird's guilty plea is **ACCEPTED**.

2.      The United States Probation Office shall conduct a presentence investigation and prepare an Original Report to Counsel by **May 6, 2025**. Objections are due by **May 20, 2025**. A final report from the Probation Office is due by **June 3, 2025**.

3.      All pending motions (Dkts. 68, 69, 76, 77, 85, 89, 90, 91, 92, 93, 94, 95, 96, 97, 108, and 109) are **DENIED AS MOOT**.

DATED: March 25, 2025

Amanda K. Brailsford
U.S. District Court Judge